Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–27022–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| James W. Childs | Judy Childs |
| 67 Gasko Rd | 67 Gasko Rd |
| Mays Landing, NJ 08330–2242 | Mays Landing, NJ 08330–2242 |

Social Security No.:
 xxx–xx–5909                                                                 xxx–xx–7984

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: December 6, 2016            Jerrold N. Poslusny Jr.
                                   Judge, United States Bankruptcy Court