**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James W. Childs** | Social Security number or ITIN **xxx–xx–5909** |
| | First Name    Middle Name    Last Name | EIN $\_\_\_-_____$ |
| Debtor 2 | **Judy Childs** | Social Security number or ITIN **xxx–xx–7984** |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN $\_\_\_-_____$ |

United States Bankruptcy Court    **District of New Jersey**

Case number:    **16–27022–JNP**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James W. Childs                    Judy Childs

<u>12/5/16</u>                    **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                    United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

| |
|---|
| **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.** |

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-27022-JNP
James W. Childs                                                     Chapter 7
Judy Childs
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin          Page 1 of 2          Date Rcvd: Dec 05, 2016
                            Form ID: 318          Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2016.
db/jdb       #James W. Childs,   Judy Childs,   67 Gasko Rd,   Mays Landing, NJ  08330-2242
516376014     Atlantic Medical Imaging,   c/o RICKART COLLECTION SYSTEMS, INC,   575 Milltown Rd,
              North Brunswick, NJ  08902-3321
516412234     Ditech Financial LLC,   KML Law Group PC,   Sentry Office Plaza,   216 Haddon Avenue, Suite 206,
              Westmont, NJ 08108
516376019     Erica Fields, Esq. and Marie Fritz, Esq.,   Tenaglia & Hunt PA,   395 W Passaic St Ste 205,
              Rochelle Park, NJ  07662-3016
516376021     Jessica A. Kolansky, Esq.,   Pluese Becker & Saltzman, LLC,   20000 Horizon Way Ste 900,
              Mount Laurel, NJ  08054-4318
516376022     Mitchell Selip, Esq.,   Selip & Stylianou, LLP,   PO Box 363,   Woodbury, NY  11797-0363
516376023     NORTHERN LEASING SYSTEMS, INC.,   PO Box 7851,   New York, NY  10116-7851
516376024     Palm Beach Resort Development Group, LLC,   181 S Ocean Ave,
              Palm Beach Shores, FL  33404-5761
516376025     Palm Beach Shores,   PO Box 405947,   Atlanta, GA  30384-5900
516376026     Richard Eichenbaum, Esq.,   Selip & Stylianou,   10 Forest Ave,   Paramus, NJ  07652-5242
516376029     SPECTRACELL LABORATORIES,   10401 Town Park Dr,   Houston, TX  77072-5219
516376028     Specialized Loan Servicing, LLC (SLS),   PO Box 636005,   Littleton, CO  80163-6005
516376031     ZALES/COMENITY CAPITAL BANK,   BANKRUPTCY DEPT.,   PO Box 183043,   Columbus, OH  43218-3043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 05 2016 22:11:18    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 05 2016 22:11:16    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516376013    +E-mail/Text: susan.macknowski@aspirefcu.org Dec 05 2016 22:11:27    Aspire FCU,
              67 Walnut Ave,   Clark, NJ 07066-1696
516376015     EDI: BANKAMER.COM Dec 05 2016 22:03:00    Bank of America,   PO Box 982235,
              El Paso, TX  79998-2235
516376016     EDI: CHASE.COM Dec 05 2016 22:03:00    CHASE CARDMEMBER SERVICE,   PO Box 15298,
              Wilmington, DE  19886-5298
516376017     EDI: CITICORP.COM Dec 05 2016 22:03:00    CITI CARDS,   PO Box 6500,
              Sioux Falls, SD  57117-6500
516376018     E-mail/Text: bankruptcy.bnc@ditech.com Dec 05 2016 22:11:03    DITECH,   PO Box 6172,
              Rapid City, SD  57709-6172
516376020     EDI: RMSC.COM Dec 05 2016 22:03:00    HH GREGG/SYNCHRONY BANK,   ATTN: BANKRUPTCY DEPT,
              PO Box 965060,   Orlando, FL  32896-5060
516376027     EDI: SEARS.COM Dec 05 2016 22:03:00    SEARS CREDIT CARDS,   PO Box 6282,
              Sioux Falls, SD  57117-6282
516376030     EDI: WFFC.COM Dec 05 2016 22:03:00    WELLS FARGO DEALER SERVICES,
              Attn: Correspondence - MAC T9017-026,   PO Box 168048,   Irving, TX  75016-8048
                                                                                      TOTAL: 10


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                          Signature:  /s/Joseph Speetjens

District/off: 0312-1          User: admin                Page 2 of 2          Date Rcvd: Dec 05, 2016
                              Form ID: 318               Total Noticed: 23

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2016 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Gregory J. Mutchko    on behalf of Joint Debtor Judy  Childs mutchkolaw@gmail.com,
           G28403@notify.cincompass.com
          Gregory J. Mutchko    on behalf of Debtor James W. Childs mutchkolaw@gmail.com,
           G28403@notify.cincompass.com
          Thomas J Subranni    trustee@subranni.com,
           szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7soluti
           ons.com;hinnaurato@subranni.com

                                                                                          TOTAL: 4